Woodstock Tower Finance Corporation, Plaintiff-Appellant, v. John J. Wilson, Sr., and Marie H. Wilson, Defendants-Appellees.

Gen. No. 65–86. 

Second District.

January 17, 1966.

Redman & Shearer, of St. Charles, for appellant; Willard J. Stepek, of Crystal Lake, for appellees. Opinion by PRESIDING JUSTICE ABRAHAMSON. Not to be published in full.